CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Phyl Grace, Esq., SBN 171771
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff SCOTT JOHNSON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**,<br><br>            Plaintiff,<br><br>v.<br><br>**Kamal Thomas**;<br>**Lilly Thomas**; and Does 1-10,<br><br>            Defendants. | **Case:** 2:14-CV-01352-MCE-KJN<br><br>**ORDER [proposed] GRANTING JOINT REQUEST TO CONTINUE SETTLEMENT CONFERENCE** |

Good cause having been shown, the Court hereby grants the parties' request to continue the Settlement Conference. The Settlement Conference will be held on December 8, 2016 at 10:00 a.m. in Courtroom No. 8, 13th Floor.

The parties are directed to submit confidential settlement conference statements via e-mail (efborders@caed.uscourts.gov) to chambers seven (7) days prior to the settlement conference. Such statements are neither to be filed with the clerk nor served on opposing counsel. However, each party shall e-file a one page document entitled Notice of Submission of Confidential Settlement Conference Statement. The parties may agree, or not, to serve each other with the settlement statements.

Each party is reminded of the requirement that it be represented in person at the settlement conference by a person able to dispose of the case or fully

Order
2:14-CV-01352-MCE-KJN

1  authorized to settle the matter at the settlement conference on any terms.  *See*
2  Local Rule 270.

3  Dated: June 7, 2016

　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE