UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | Case No.: 2:14-cv-01352-MCE-KJN |
| Plaintiff, | **ORDER ON REQUEST FOR CONTINUANCE OF DEBTOR EXAMINATION** |
| v. | |
| **Kamal Thomas,** et al. | Date:           9/20/2022<br>Time:           09:00 am |
| Defendants. | Courtroom:  25 |

**ORDER**

Having read the foregoing request, and good cause appearing, it is hereby ORDERED that the Debtor Examination RE: Enforcement of Judgment of Kamal Thomas is continued from 9/20/2022 to 12/20/2022 at 9:00 am in Courtroom 25, 501 I Street , Sacramento, CA 95814.  Plaintiff shall personally serve this order on defendant(s) and shall file proof of personal service with the court at least 10 days before the date of the hearing.  Failure to personally serve defendant(s) or file such proof will result in the court vacating the hearing. IT IS SO ORDERED.

Dated: September 26, 2022

john.1352

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Order on request to continue Debtor Exam