f

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case No.: 2:14-CV-01352-MCE-KJN |
| Plaintiff, | |
| v. | **ORDER** |
| KAMAL THOMAS; LILLY THOMAS; and Does 1-10, | |
| Defendants. | |

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

IT IS SO ORDERED.

Dated: February 24, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE