CENTER FOR DISABILITY ACCESS
Aaina Duggal, Esq., SBN 333681
Claire Cylkowski, Esq., SBN 335352
Krista Hemming, Esq., SBN 304213
Naomi Butler, Esq., 332664
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
naomib@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>**Kamal Thomas**;<br> et al,<br><br>　　　　　　Defendants | Case No.: 2:14-CV-01352-MCE-KJN<br><br>**ORDER FOR ADDITIONAL TIME TO COMPLETE SETTLEMENT** |

### ORDER

Based upon the information in Plaintiff's request, and finding good cause therefore, it is hereby ordered that Plaintiff has until June 5, 2023 to file a Request for Dismissal under California Rules of Court Rule 3.1385(b).

　　IT IS SO ORDERED.

Dated:  April 27, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE